UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-3484-GW-AGRx | Date | July 3, 2024 |
|---|---|---|---|
| Title | *In the Matter of Harbor Breeze Corporation* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On July 2, 2024, the Claimants in this matter filed a Notice of Settlement [50]. The Court vacates all currently set dates, and an order to show re: settlement hearing for September 5, 2024 at 8:30 a.m. The parties are to file a stipulation to dismiss, or a joint status report by noon on September 3, 2024.

:

Initials of Preparer    JG