CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of the Complaint of<br><br>HARBOR BREEZE CORPORATION, as an owner of the 62' passenger vessel "Harbor King", for Exoneration from or Limitation of Liability. | Case No. CV 23-3484-GW-AGRx<br><br>**IN ADMIRALTY**<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>Complaint filed: May 8, 2023<br>Hon. George Wu |

## ORDER

Based on the parties' Stipulation of Dismissal, it is hereby ORDERED that:

1.    All claims in the above-entitled action are dismissed in their entirety with prejudice; and

2.    Each party to bear its own fees and costs;

**IT IS SO ORDERED.**

Dated:  December 26, 2024

_George H. Wu_
_____
HON. GEORGE H. WU,
United States District Judge

ORDER GRANTING DISMISSAL WITH PREJUDICE      Case No.: 23-CV-3484-GW-AGRx